**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Carucha Isaacs, | ) | Case No. 19-00189 |
| | ) | |
| Debtor(s). | ) | Judge Cassling |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, ecfchi@gmail.com, courtmail@tvch13.net

*The following persons or entities who have been served via U.S. Mail:*
See attached list.

      PLEASE TAKE NOTICE that on June 10, 2021, at 9:30 A.M., I will appear before the Honorable Judge Cassling or any judge sitting in that judge's place, and present the **Motion to Modify Chapter 13 Plan,** a copy of which is attached.

      This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

      To appear by video, use this link: https://www.zoomgov.com. Then enter the meeting ID.

      To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

      Meeting ID and password. The meeting ID for this hearing is 161 414 7941 – Password is "619". The meeting ID and further information can also be found on Judge Cassling's web page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

The undersigned certifies that a copy of this Notice of Motion and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at, Wheeling, Illinois, 60090, on or before May 19, 2021 with sufficient postage prepaid, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

/s/ Alexander Preber
Alexander Preber, A.R.D.C. #6324520
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Carucha Isaacs
11358 S. Forest Ave, Apt #3B
Chicago, IL 60628

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste.600
Chicago IL.60604

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

AT&T Corp.
c/o AT&T Services, Inc
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

NAVIENT
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Portfolio Recovery Associates, LLC
c/o Carsons
POB 41067
Norfolk VA 23541

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Santander Consumer USA Inc.
an Illinois corporation
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Suntrust Bank
ECMC
PO BOX 16408
St Paul, MN 55116

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

AT&T CORP
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| IN RE: | ) | Chapter 13 |
| --- | --- | --- |
| | ) | |
| Carucha Isaacs, | ) | Case No. 19-00189 |
| | ) | |
| Debtor(s). | ) | Judge Cassling |

## MOTION TO MODIFY PLAN

NOW COME the debtor(s), CARUCHA ISAACS, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On January 4, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on March 28, 2019. Tom Vaughn was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $375.00 for a plan term of 36 months, with payments to the General Unsecured Creditors of at least 10% of their allowed claims.

4) The Debtors have paid $7,500.00 into their Chapter 13 plan over the 28 months since the case was filed.

5) The Debtor is currently in default in the amount of $1,500.00.

6) The Debtor fell behind when she lost her job around 1/2021, and was unable to make plan payments when she lost her income. She has now been receiving unemployment, and has begun to catch up on her rent and utilities.

7) The Debtor can now continue to make her normal monthly plan payments, but she cannot afford to cure the full default in a timely manner.

8) The Debtor will provide a $400 good faith payment at the hearing date.

9) The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the plan payment default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing her Chapter 13 plan.

10) Deferring the default would require the plan to run slightly longer than 60 months, so the Debtor further proposes to increase her monthly payment by $25.00 to $400.00 per month, to ensure that general unsecured creditors continue to receive 10% of their allowed claims.

11) Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay General Unsecured Creditors at least 10% of their allowed claims.

WHEREFORE, the Debtor, CARUCHA ISAACS, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Alexander Preber_____
Alexander Preber, A.R.D.C. #6324520
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100